AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FILED IN OPEN COURT
9-16-08
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

vs.

CASE NUMBER: 3:08-mj-1231-J-HTS

DED GJOKA

I, the undersigned complainant, being duly sworn, state the following is true and correct

to the best of my knowledge and belief.  On or about August 6, 2008, at Jacksonville, in the

Middle District of Florida, the defendant,

> an alien in the United States, knowingly voted in an election held solely or in part
> for the purpose of electing a candidate for the office of President,

in violation of Title 18, United States Code, Section 611.  I further state that I am a Special

Agent with Immigration and Customs Enforcement, and that this Complaint is based on the

following facts:

Defendant arrested prior to
filing of the Criminal
Complaint. The Court examined
the Criminal Complaint after
the arrest and its filing
at _____1:36_____, P.m., on
_September 16_____, 20_08_.
and finds probable cause stated.
there

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

HOWARD T. SNYDER
United States Magistrate Judge

_____
Signature of Complainant
MICHAEL P. JOHNSON

Sworn to before me and subscribed in my presence,

September 16, 2008                    at          Jacksonville, Florida

HOWARD T. SNYDER
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

CRIMINAL COMPLAINT AFFIDAVIT

I, Michael P. Johnson, being a duly sworn and appointed Special Agent of the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE), hereby make the following statement in support of the attached criminal complaint:

1.      I am a Special Agent of ICE and have been so employed for five years. Prior to becoming a Special Agent, I was employed by the Jacksonville Sheriff's Office as a Police Officer. I have training and experience in the enforcement of the Immigration and Nationality laws of the United States. Additionally, I have training and experience in the preparation, presentation and service of criminal complaints and arrest warrants.

2.      On April 24, 2008, I received information from ICE Attaché Rome Special Agent (SA) Christopher Fitzpatrick. SA Fitzpatrick advised me of the following:

a.      That he had been contacted by the Republic of Albania, District of Puke Police Department.

b.      That the Republic of Albania told him that they had conviction documents and an active arrest warrant for an Albanian national named Ded GJOKA, date of birth January 13, 1947.

c.      That Albanian authorities believed GJOKA to have fled to the United States.

d.      That he had completed several computer checks and determined that Ded GJOKA resided in the Jacksonville, Florida area.

3.      On April 28, 2008, I conducted a check of the Jacksonville Electric Authority (JEA) Customer Account Information Resource (CAIR) searching the name Ded GJOKA.  JEA CAIR showed an active power account in the name Ded GJOKA and listed an address of 11648 Pine Acres Road, Apartment 9, Jacksonville, Florida.

4.      On April 28, 2008, I conducted a check of the Florida Driver and Vehicle Information Database (DAVID) searching the name Ded GJOKA.  DAVID showed that Florida Driver's License number G200-160-47-013-0 had been issued to a white male named Ded GJOKA, date of birth January 13, 1947.  The DAVID record also contained Alien Registration number (A-number) A075 846 190.

5.      On May 15, 2008, I reviewed Alien registration file (A-file) number A075 846 190.  A review of the A-file showed that Mr. GJOKA is an Albanian citizen who entered the United States on or about November 11, 1997 as a visitor.  Mr. GJOKA then applied for and became a political asylee on July 13, 1999.  There is no record in A-file A075 846 190 that Mr. GJOKA ever applied for or derived United States citizenship.

6.      On May 15, 2008, I spoke with ICE Office of the Chief Counsel Manuel Ramirez, who indicated to me that Mr. GJOKA could be placed into administrative removal proceedings with a copy of the Albanian conviction documents and arrest warrant.  On June 3, 2008, I received a translated copy of the conviction documents and arrest warrant from the Republic of Albania, Puke District Court.  The conviction documents found Ded GJOKA guilty on charges of "Stealing by Use of Power" and an arrest warrant charging GJOKA with the same was attached.

2

7.    On September 15, 2008, Special Agents Donald Wells, Glen Kline, Mario Socorro, Jennifer Roman and I administratively arrested Mr. GJOKA at his residence located at 11648 Pine Acres Road, Apartment 9, Jacksonville, Florida 32223. Mr. GJOKA was then transported to the ICE Jacksonville District office for administrative processing.

8.    Once at the ICE Jacksonville District office, I viewed SA Kline ask Mr. GJOKA for his identification. I then viewed Mr. GJOKA remove his wallet from his pants pocket. Upon opening his wallet to retrieve his identification, SA Roman viewed what appeared to be a voter registration card. I viewed SA Roman ask Mr. GJOKA if he had a voter registration card, to which I heard him reply "no". I then viewed SA Roman take a stack of documents from Mr. GJOKA's hand. I then viewed SA Roman shuffle through the documents. SA Roman then handed me a voter registration card in the name Ded GJOKA with date of birth January 13, 1947. The address listed on the voter registration card for Mr. GJOKA was 11648 Pine Acres Road, Apartment 9, Jacksonville, Florida 32223, the same address Mr. GJOKA was arrested at and had listed on his Florida Driver's License.

9.    Upon viewing the voter registration card, I advised Mr. GJOKA of his Miranda Rights in the English language. Mr. GJOKA advised that he understood his rights. I then asked Mr. GJOKA if he had ever voted in an election, to which he replied that he had not.

10.    On September 15, 2008, I contacted the Duval County Elections Office Supervisor Bobbie Henry. Mrs. Henry advised me of the following:

3

a.      That her computer system shows an active voter registration for a white male named Ded GJOKA with date of birth of January 13, 1947, and an address of 11648 Pine Acres Road, Apartment 9, Jacksonville, Florida 32223.

b.      That her computer system showed that Mr. GJOKA had voted eleven times beginning in May 2003.

c.      That Mr. GJOKA most recently voted in the presidential primary on August 6, 2008.

11.     On September 15, 2008, I advised Assistant United States Attorney Kathleen O'Malley of the above facts and she authorized criminal prosecution of Ded GJOKA.

Based on the foregoing facts, your affiant believes there is probable cause to establish that Ded GJOKA is a native and citizen of Albania who has been found to have illegally voted in an election, in violation of Title 18, United States Code, Section 611.

Michael P. Johnson, Special Agent
U.S. Immigration and Customs Enforcement
Jacksonville, Florida

4