UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2008 OCT -3  PM 2: 28

MIDDLE DISTRICT, FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

DED GJOKA

CASE NO.  3:08-cr- 354-J-32 TEM
18 U.S.C. § 611

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about August 6, 2008, at Jacksonville, in the Middle District of Florida,

DED GJOKA,

the defendant herein, an alien in the United States, knowingly voted in an election held

solely or in part for the purpose of electing a candidate for the office of President of the

United States.

In violation of Title 18, United States Code, Section 611.

ROBERT E. O'NEILL
United States Attorney

By:  _Kathleen O'Malley_
KATHLEEN O'MALLEY
Assistant United States Attorney
Senior Litigation Counsel

By:  _____
FRANK M. TALBOT
Assistant United States Attorney
Deputy Chief, Jacksonville Division