UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 3:08-cr-354-J-TEM

DED GJOKA

### MOTION TO DISMISS INFORMATION

Comes now, A. Brian Albritton, the United States Attorney for the Middle District

of Florida, and moves this Court to dismiss the Information pending against Defendant

Ded Gjoka, in the above-captioned case.  This motion is made in the interests of justice.

WHEREFORE, the United States respectfully requests that this Court grant the

requested motion to dismiss the Information against Defendant Ded Gjoka in the above-

captioned case, and direct the Clerk of Court to close the case as to said defendant.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By:    *s/ Kathleen O'Malley*
       KATHLEEN O'MALLEY
       Assistant United States Attorney
       Florida Bar No. 0616303
       300 North Hogan Street, Suite 700
       Jacksonville, Florida  32202-4270
       Telephone:   (904) 301-6300
       Facsimile:   (904) 301-6310
       E-mail:      kathleen.omalley@usdoj.gov

**U.S. v. Ded Gjoka**                                    **Case No. 3:08-cr-354-J-TEM**

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2009, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Richard Kuritz, Esq.

I hereby certify that on February 2, 2009, a true and correct copy of the foregoing

document and the notice of electronic filing was sent by United States Mail to the following

non-CM/ECF participants:

None.

*s/ Kathleen O'Malley*
KATHLEEN O'MALLEY
Assistant United States Attorney